**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Jonathan Leslie Crane,<br><br>　　　　　　　　　Defendant. | Case No. 16-cr-02236-BEN<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the Information in the above-entitled case be dismissed with prejudice, and passport released by Pretrial if held.

Dated: 10/02/2017

Hon. Jill L. Burkhardt
United States Magistrate Judge